PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Dexter Perez      **Docket Number:** 10-00491-001
     **PACTS Number:** 57871

**Name of Sentencing Judicial Officer:** Honorable Stanley R. Chesler
     United States District Judge

**Date of Original Sentence:** 12/16/2010

**Original Offense:** Adulteration and Misbranding of Drugs with Intent to Defraud

**Original Sentence:** 2 years probation.

**Type of Supervision:** Probation      **Date Supervision Commenced:** 12/16/10

**Assistant U.S. Attorney:** Rodney Villazor, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Candace Hom, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On April 19, 2012, the offender was arrested by the New York City Police Department and charged with Criminal Sale of a Controlled Substance, a Class D Felony. |
| 2 | The offender has violated the standard supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**' |
| | At the time of his arrest on April 19, 2012, the offender had traveled into New York without notifying or receiving the approval of his supervising probation officer. |

3  The offender has violated the standard supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

On March 20, 2012, the offender was specifically advised by his supervising probation officer that he is not permitted to travel outside the state of New Jersey without first requesting permission to do so by the supervising probation officer.

I declare under penalty of perjury that the foregoing is true and correct.

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 5/17/12

Gisella M. Bassolino
2012.05.17 16:25:11 -04'00'

Carolee Ann Azzarello
2012.06.05 09:58:59 -04'00'

## THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 6/18/2012 @ 11:00
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

6/6/2012
Date

UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

WILFREDO TORRES
CHIEF PROBATION OFFICER

SUPERVISION UNIT
20 WASHINGTON PLACE
6th FLOOR
NEWARK, NJ
(973) 645-6161
FAX: (973) 645-2155

May 17, 2012

Mailing Address:
50 WALNUT STREET
ROOM 1001
P.O. BOX 459
NEWARK, NJ 07101-0459

www.njp.uscourts.gov

The Honorable Stanley R. Chesler
District Court Judge
Martin Luther King Jr. Federal Building and Courthouse
PO Box 0999
Newark, New Jersey 07102-0999

        Re:    PEREZ, Dexter
              Dkt. No. 10-00491-001
              **Non-Compliant Behavior**
              **Request for a Violation of Probation Hearing**

Dear Judge Chesler:

On December 16, 2010, the offender was sentenced by Your Honor to 2 years probation subsequent to his plea of guilt for the offense of Adulteration or Misbranding of Drugs with Intent to Defraud. The offender was also ordered to abide by special conditions of substance abuse testing and treatment and computer search.

As noted in the enclosed petitions, Perez has violated the terms of his supervised release. Specifically, he was arrested for the offense of Criminal Sale of a Controlled Substance, and has sustained technical violations consequential to this arrest. We respectfully request that the Court issue a summons for a violation of supervised release hearing. We have enclosed the Petition for Warrant or Summons for Offender Under Supervision (Probation Form 12C) and the Violation of Supervised Release Report (Probation Form 12D).

Should Your Honor wish to discuss this matter in greater detail, please contact the undersigned officer at 973-445-8120.

                        Respectfully submitted,

                        WILFREDO TORRES, Chief
                        U.S. Probation Officer

                    Gisella M. Bassolino 2012.05.17 16:18:55 -04'00'
                                        Carolee Ann Azzarello 2012.06.05 09:57:46 -04'00'
                    By: Gisella M. Bassolino
                        U.S. Probation Officer

/gmb
Attachment(s)